UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HAROLD PATRICK FAVORS,   ) NO. CV 17-5986-E
                         )
     Petitioner,         )
                         )
     v.                  )   JUDGMENT
                         )
J. GASTELO, Warden,      )
                         )
     Respondent.         )
_____)

   Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: February 5, 2018.

                              /s/
                         _____
                         CHARLES F. EICK
                         UNITED STATES MAGISTRATE JUDGE